

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America<br>v.<br>TYRONE STRIDIRON<br>788 N. Grantley Avenue<br>Baltimore, MD 21229<br>D.O.B.: 07/XX/1987<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. **13-0405SAG** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 5, 2012__ in the county of __Baltimore City__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. section 922(g)(1) | Possession of a Firearm by a Convicted Person |

This criminal complaint is based on these facts:

SEE ATTCAHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David F. Azur, Task Force Officer - ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/27/2013

_____
*Judge's signature*

City and state: Baltimore, Maryland

Hon. Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*



## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, David F. Azur, being duly sworn, do hereby solemnly swear and affirm:

1    I am currently assigned to the Baltimore City Police Department and have been employed with the Department since December 28, 1993. After the completion of entrance level law enforcement education and instruction, which also included narcotic training given by the U.S. Department of Justice, Drug Enforcement Administration, I was assigned to the Southwestern District Patrol Division. As a part of this assignment, I made numerous arrests for handgun violations, narcotic violations and violent offenders. In 1997, I was assigned to a multi-jurisdictional Auto Theft Task Force, where I continued to arrest violent offenders. In June of 2007, I was assigned to the Violent Crime Impact Division where I began to work with the High Intensity Drug Trafficking Area task force (HIDTA) and became a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I have received specialized training from the Federal Bureau of Investigation (FBI), the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), the High Intensity Drug Trafficking Area (HIDTA), as well as the Multi-Jurisdictional Drug Task Force. I currently investigate Federal Firearm and Narcotic violations.

2    This affidavit is in support of a Complaint against Tyrone Stridiron (*hereinafter* "Stridiron"). This affidavit is based upon my conversations with other law enforcement officers and other individuals and my review of relevant documents. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not include all of the facts that I have learned during the course of this investigation. Where the contents of documents, and the actions and statements of others are reported herein, they are reported in substance and in part, except where otherwise indicated.

3    Based on interviews with officers of the Baltimore Police Department ("BPD") and a review of records maintained by the BPD, I have learned the following:

> On November 5, 2012, at approximately 10:00 pm, BPD detectives were in a hidden location conducting surveillance in the 1200 block of N. Augusta Avenue, in Baltimore, Maryland. During this time, the detectives observed a black male wearing a gray knit hat and glasses who they recognized as Stridiron walk up the block and stand in front of a residence at 1247 N. Augusta Avenue.

> At that location, in front of the residence was a red waist high brick wall. Stridiron stood next to this wall and then looked over his shoulder several times down N. Augusta Avenue and up towards Lindley Road. After repeatedly looking a few times, Stridiron then placed a dark object behind the wall between some bushes. After this placement, Stridiron walked away in a southern direction on the 1200 block of N. Augusta Avenue.

> Based on the detectives' knowledge and experience in this area, to include numerous arrests for illegal narcotic sales and handgun violations, additional members of their team were notified about the observations. These members were provided with a description of Stridiron and path of travel. Subsequently, they were able to catch up to Stridiron a few blocks away on the corner of N. Augusta Avenue and Glenhunt Road.

> Another detective in the group was directed to the exact location where Stridiron was observed placing the object. Using a flashlight to illuminate the area behind the wall, the detective observed a handgun lying on the ground, between the bushes. Recovered from that location was a black and silver 9mm SCCY Industries, Model CPX-1 handgun



bearing serial# 019329. A check of the weapon revealed that it had one (1) round in the chamber and ten (10) rounds in the magazine.

As a result, Stridiron was placed into custody and the handgun was submitted to the BPD Evidence Control Unit.

A check of Stridiron's record revealed that he has been previously convicted of multiple felonies and therefore is prohibited from possessing a firearm and ammunition.

The weapon was submitted to the BPD Firearms Examination Unit and determined to be operable on December 19, 2012. Furthermore, the Bureau of Alcohol, Tobacco, Firearms, and Explosives determined that the weapon and ammunition: (1) were manufactured outside the State of Maryland; and (2) are a firearm and ammunition as defined under Title 18, U.S.C., Chapter 44, section 921(a)(3) and section 921(a)(17)(a), respectively. Based on this information it is the opinion of the examiner that both the weapon and the ammunition traveled in interstate and/or foreign commerce prior to its recovery in Maryland.

4   Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about November 5, 2012, in the District of Maryland, the defendant, Tyrone Stridiron having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in and affecting commerce, in violation 18 U.S.C. section 922(g)(1).

DAVID F. AZUR
TASK FORCE OFFICER
BUREAU OF ALCOHOL, TOBACCO,
FIREARMS, AND EXPLOSIVES

Sworn to before me this
____ day of February, 2013.

HONORABLE STEPHANIE A. GALLAGHER
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MARYLAND